SELMAN LISS, Respondent.— Order modified by striking out the provision for the appointment of a referee and remitting the matter to the Special Term to determine the issue of fraud, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK DUDLEY KOHLER, Appellant, v. DAVID R. HOCHREICH and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of restraining the defendant Hochreich from disposing of the interest claimed by plaintiff in the capital stock of the corporate defendants with a right in the defendant Hochreich, in the event of an opportunity to make a bona fide sale of such interest, to apply to the court to lift the injunction upon condition of giving a bond or depositing stock in the amount of plaintiff's share of the proceeds of said sale. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Estate of WILLIAM H. LINDSAY, Deceased.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Estate of WILLIAM H. LINDSAY, Deceased.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HUMBERTO BLANCO-FOMBONA, Respondent, v. GEORGE L. RICKARD, Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIUS PELINGER, Appellant, v. INTERNATIONAL FOOTWEAR Co., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTELLE GLASER, Respondent, v. MICHAEL GLASER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent.

LOUIS PASKIN, Respondent, v. RUTH PASKIN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SYLVIA C. RATNER, Appellant, v. GEORGE P. RATNER, Respondent.— Order modified by increasing alimony to the sum of seventy-five dollars per week, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY HYMAN & Co., INC., Respondent, v. BLAKE MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VAN PATTEN, INC., Appellant, v. NATIONAL SURETY COMPANY, Respondent. VAN PATTEN, INC., Appellant, v. THE ÆTNA CASUALTY AND SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VAN PATTEN, INC., Appellant, v. THE ÆTNA CASUALTY AND SURETY COMPANY,